ACCEPTED
05-17-01413-CV
FIFTH COURT OF APPEALS
DALLAS, TEXAS
1/30/2018 5:25 PM
LISA MATZ
CLERK

## NO. 05-17-01413-CV

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
1/30/2018 5:25:05 PM
LISA MATZ
Clerk

## IN THE COURT OF APPEALS
## FOR THE FIFTH DISTRICT OF TEXAS
## AT DALLAS

JITENDRA RAJPAL, RAM DASWANI
SR SQUARED LLC AND SHOE SHIELDS LLC,

*Appellants,*

vs.

PAUL SIRAGUSA,

*Appellee.*

### On Appeal from the 416th District Court
### Collin County, Texas
### Cause No. 416-01822-2017

### MOTION TO EXTEND TIME TO FILE
### APPELLEE'S BRIEF

**TO THE HONORABLE JUSTICES OF SAID COURT:**

Appellee Paul Siragusa files this Motion to Extend Time to File Appellee's Brief and shows the Court the following:

### I.

The deadline to file Appellee's brief is currently January 30, 2018. Appellee seeks a 20-day extension of time to file his brief until Tuesday, February 20, 2018 (20 days is Monday February 19 - President's Day). This is Appellee's first request for an extension of time to file Appellee's brief.

## II.

A supplemental record is needed in this case. Specifically, this is an interlocutory appeal of an order appointing a receiver. A hearing was recently held on January 11, 2018, and the trial court ordered that the receivership order be amended. That order will be reduced to writing forthwith. A supplemental record containing the court's new order will be requested.

Further, a number of impending deadlines have interfered with counsel's ability to complete review of the appellate record, finalize the brief, and allow client review by the current due date. Counsel has had a number of deadlines occur in a short period. Among other things, counsel was required to address a matter involving emergency relief on Tuesday, January 23, 2018, which continued on Thursday and Friday of that week. Currently, counsel has another brief due in 10 days on February 8, 2018, in the Second Court of Appeals in Appeal No. 02-17-00252-CV. Thus, Counsel requests 20 days to complete and file the brief. No additional extensions will be necessary absent unforeseen or exigent circumstances.

This extension is not meant for purposes of delay but is sought so that justice can be done. Appellant's counsel is not opposed to an extension, but is opposed to a 20-day extension. As noted above, Appellee's counsel has another brief due in 10 days on February 8, 2018.

## III.

For these reasons, Appellee respectfully prays that the Court grant Appellee's motion to extend time and order that Appellee's Brief be due on or before Tuesday, February 20, 2018. Appellee also requests all other relief to which he is entitled

Respectfully submitted,

By _____

**BYRON K. HENRY**
State Bar Card No. 24008909
byron.henry@solidcounsel.com
**SCHEEF & STONE, L.L.P.**
2600 Network Boulevard, Suite 400
Frisco, Texas 75034
Telephone: (214) 472-2100
Facsimile:  (214) 472-2150

**ATTORNEYS FOR APPELLEE**

## CERTIFICATE OF CONFERENCE

I hereby certify that I personally conferred with counsel for Appellant and Appellant's counsel notified counsel that he was unopposed to a 10-day extension, but opposed to a 20-day extension of time to file Appellee's brief. Certified to on January 30, 2018.

_____
**Byron K. Henry**

3

## CERTIFICATE OF SERVICE

The undersigned certifies that on January 30, 2018, a true and correct copy

of this document was delivered to counsel of record as indicated below pursuant to

TEX. R. APP. 9.5.

**<u>Via Electronic Filing/Service</u>**
John J. Gitlin
Law Offices of John Gitlin
johngitlin@gmail.com
16901 Park Hill Drive
Dallas, Texas 75248
*Attorney for Appellants*

_____
**BYRON K. HENRY**